U.S. District Court
Western District of Louisiana
Robert H. Shemwell, Clerk
RECEIVED
Date: 05-23-07
By  M. Cassanova

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

V.

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

**CASE NO.   06-50119-01**

| | |
|---|---|
| **BEVERLY MAYO** | Betty Marak (FPD) |
| **(Name of Defendant)** | **(Defendant's Attorney)** |

**THE DEFENDANT:**

[X]   **Admitted guilt to violation of conditions of the term of supervision: (SEE BELOW)**

[ ]   **Was found in violation of conditions of the term of supervision after a denial of guilt: (SEE BELOW)**

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| | | |

**The court finds that Defendant has committed at least three Grade B violations of her supervised probation by testing positive for the use of Cocaine on three occasions between February 6 and April 11, 2007.**

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| **XXX-XX-8376** | **May 15, 2007** |
| **Defendant's Social Security No.** | **Date of Imposition of Judgment** |
| | |
| **XX-XX-1960** | **Mark L. Hornsby, U.S. Magistrate Judge** |
| **Defendant's Date of Birth** | **Name and Title of Judicial Officer** |
| | |
| | **May 23, 2007** |
| **Defendant's USM Number** | **Date Signed** |
| | |
| **Defendant's Driver's License Number** | MARK L. HORNSBY<br>UNITED STATES MAGISTRATE JUDGE |
| | |
| **Defendant's Residence Address:** | |
| | |
| **Defendant's Mailing Address** | |

**DEFENDANT:     BEVERLY MAYO**  
**CASE NO.:       06-50119-01**

**JUDGMENT PAGE  2  OF  2**

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:**

**It is ordered that the one year term of supervised probation imposed on February 02, 2007, is revoked, and Defendant is committed to the custody of the Bureau of Prisons for six (6) months.**

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[X]   **The defendant is remanded to the custody of the United States Marshal.**

[ ]   The defendant shall surrender to the United States Marshal for this district.

  [ ]     at __ a.m./p.m. on __.

  [ ]     as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  [ ]     before 2:00 p.m. on __.

  [ ]     as notified by the United States Marshal.

  [ ]     as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

_____ with a certified copy of this judgment.

_____  
United States Marshal

by _____  
Deputy Marshal